UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EVANGELINE B. THOMPSON<br>WILLIAM B. SANCHO, SR.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TERRY JORDAN, et al.,<br><br>    Defendants. | CASE NO. 1:10 CV 2390<br><br>JUDGE DONALD C. NUGENT<br><br><u>MEMORANDUM OF OPINION</u><br><u>AND ORDER</u> |

On October 20, 2010, plaintiffs *pro se* Evangeline B. Thompson and William B. Sancho Sr. filed this action against Terry Jordan and Bank of America. The complaint alleges Sancho and Thompson had a contract for the sale of house in the amount of $27,000.00. Defendants provided a prequalification mortgage loan letter, but later would not lend Jordan funds to complete the purchase.

There are no facts set forth in the complaint suggesting a proper basis for this court's jurisdiction. No federal statute is suggested by plaintiffs' claim, and the amount of the contract

at issue does not meet the statutory minimum to invoke diversity jurisdiction.  28 U.S.C. § 1332.

Accordingly, this action is dismissed.

IT IS SO ORDERED.

/s/ Donald C. Nugent 11/23/10
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE